# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LITTLE, JAMIE L. | § | Case No. 14-30378 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/19/2014 . The undersigned trustee was appointed on 02/25/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 40,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 197.21 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 39,802.79 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was  06/02/2015  and the deadline for filing governmental claims was  06/02/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,036.90 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,036.90 , for a total compensation of $ 3,036.90 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/17/2015                    By: /s/Elizabeth C. Berg, Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - JAMIE L. LITTLE

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-30378 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | LITTLE, JAMIE L. | | | Date Filed (f) or Converted (c): | 08/19/14 (f) |
| | | | | 341(a) Meeting Date: | 09/15/14 |
| For Period Ending: | 07/17/15 | | | Claims Bar Date: | 06/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank checking account ending in #497 | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings  Two bedroom sets, dressers, dining set, TVs 50" and 32", couch, chairs, lamps end tables coffee table, desk, computer/printer, kitchen utensils | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books/Art/Collectibles  Prints of no significant value | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel  Apparel for Debtor and daughter | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry  Costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7. Lincoln Investment 403b Plan | 4,249.00 | 0.00 | | 0.00 | FA |
| 8. Ill. Teacher Retirement System Pension Plan | 40,760.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles  2014 Ford Fusion with 700 miles | 21,250.00 | 0.00 | | 0.00 | FA |
| 10. Inheritance from Debtors' Mother's Estate (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 18.05

FORM 1 - JAMIE L. LITTLE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 14-30378 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LITTLE, JAMIE L. | Date Filed (f) or Converted (c): | 08/19/14 (f) |
| | | 341(a) Meeting Date: | 09/15/14 |
| | | Claims Bar Date: | 06/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $70,309.00 | $40,000.00 | | $40,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 12, 2015: Trustee conducted the 341 Meeting on September 15, 2014 and soon thereafter filed a No Asset Report in the case. Sometime in the beginning of February 2015, Trustee was contacted by the Debtor's Attorney and was advised that the Debtor had recently received an inheritance from her Mother's Estate. Debtor turned over the funds received from the inheritance and Trustee deposited the funds in the estate bank account. Trustee is preparing her Final Report and Fee Applications and will submit to the UST for approval shortly.

Initial Projected Date of Final Report (TFR): 08/15/15     Current Projected Date of Final Report (TFR): 08/15/15

/s/ Elizabeth C. Berg, Trustee
_____ Date: 07/17/15
ELIZABETH C. BERG, TRUSTEE

FORM 2 Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

| Case No: | 14-30378 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LITTLE, JAMIE L. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6427 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8945 | | |
| For Period Ending: | 07/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/15 | 10 | CHASE - CASHIER'S CHECK<br>Remitter: Jamie L. Little | INHERITANCE - MOTHER'S ESTATE | 1229-000 | 40,000.00 | | 40,000.00 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.01 | 39,976.99 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 57.51 | 39,919.48 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 59.35 | 39,860.13 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 57.34 | 39,802.79 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,000.00 | 197.21 | 39,802.79 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 197.21 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,000.00 | 197.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6427 | 40,000.00 | 197.21 | 39,802.79 |
| | 40,000.00 | 197.21 | 39,802.79 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 40,000.00 197.21

UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 18.05

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-30378 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | LITTLE, JAMIE L. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6427 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8945 | | | |
| For Period Ending: | 07/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXH. C - J. LITTLE | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 17, 2015 |

Case Number: 14-30378
Debtor Name: LITTLE, JAMIE L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| 999 8200-00 | JAMIE L. LITTLE<br>2022 FARMINGTON LAKES<br>UNIT #9<br>OSWEGO, IL 60543 | Unsecured | | $17,131.05 | $0.00 | $17,131.05 |
| 000001 070 7100-00 | Kristufek and Assoc.<br>1121 Warren Av. Ste. #210<br>Downers Grove, IL 60515 | Unsecured | | $5,518.42 | $0.00 | $5,518.42 |
| 000002 070 7100-00 | DuPage Animal Hospital<br>377 E. North Av.<br>Villa Park, IL 60181 | Unsecured | | $966.00 | $0.00 | $966.00 |
| 000003 070 7100-00 | Mark A Gapinski MD SC<br>25 N Winfield Road Suite 511<br>Winfield IL 60190 | Unsecured | | $321.84 | $0.00 | $321.84 |
| 000004 070 7100-00 | Illinois State Police Federal Credit Union<br>Attn: Rebecca J. Delich<br>730 Engineering Avenue<br>Springfield, IL 62703 | Unsecured | | $12,548.54 | $0.00 | $12,548.54 |
| | Case Totals: | | | $36,745.85 | $0.00 | $36,745.85 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-30378
Case Name: LITTLE, JAMIE L.
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand $ 39,802.79

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 3,036.90 | $ 0.00 | $ 3,036.90 |
| Charges: United States Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses $ 3,296.90
Remaining Balance $ 36,505.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,354.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kristufek and Assoc. | $ 5,518.42 | $ 0.00 | $ 5,518.42 |
| 000002 | DuPage Animal Hospital | $ 966.00 | $ 0.00 | $ 966.00 |
| 000003 | Mark A Gapinski MD SC | $ 321.84 | $ 0.00 | $ 321.84 |
| 000004 | Illinois State Police Federal Credit | $ 12,548.54 | $ 0.00 | $ 12,548.54 |
| | Total to be paid to timely general unsecured creditors | | | $ 19,354.80 |
| | Remaining Balance | | | $ 17,151.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 20.04 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 17,131.05 .