UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 7
) Case No. 14-30378
Jamie L. Little, )
) Honorable Donald R. Cassling
) (Kane County)
Debtor. ) Hearing Date: September 4, 2015
) Hearing Time: 10:30 A.M.

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to: Estate

Date of Order Authorizing
Employment: February 25, 2015

Period for Which
Compensation is sought: February 6, 2015 to Close of Case

Amount of Fees sought: $3,036.90

Amount of Expense
Reimbursement sought: $ 0.00

This is an: Interim Application __      Final Application _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: August 13, 2015                    Elizabeth C. Berg, Trustee of the Estate of
                                          Jamie L. Little, Debtor

                                          By: /s/ Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-30378 |
| Jamie L. Little, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: September 4, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Jamie L. Little, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $3,036.90 as final compensation for her services rendered as trustee in this case from February 6, 2015 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on August 19, 2014 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. Trustee examined the debtor at her § 341 Meeting of Creditors on September 15, 2014 and filed a No Asset Report on September 16, 2014. Thereafter, Trustee was discharged and the case closed on November 20, 2014. In early February 2015, Trustee was advised by Debtor's Counsel that the Debtor had received an inheritance from her mother's estate ("Inheritance Funds") within 180 days of the filing of the bankruptcy case. Trustee prepared a Motion to Reopen the case for the purpose of

administering the Inheritance Funds and on February 20, 2015, an Order Granting Motion to Reopen Chapter 7 Case was entered and the case was reopened.

4. The bar date for filing claims in this case was June 2, 2015.

### Prior Compensation

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities; the SOFA; and conducted an examination of the Debtor pursuant to Section 341 of the Code; initially, it did not appear that there were any assets of value and the Trustee filed a Report of No Distribution. Thereafter, after consulting with Debtor's Counsel, Trustee was made aware of an inheritance received by the Debtor and took the steps necessary to reopen the case and be reappointed for the purpose of administering the Inheritance Funds;

    B. Trustee recovered $40,000.00 in Inheritance Funds from the debtors' mother's estate for the benefit of creditors;

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

   D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

   E. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

   F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

  8. Trustee has collected the sum of $40,000.00 on behalf of the Estate. Trustee has made $197.21 in disbursements in this case as of the date hereof.

  9. Copies of the Successor Trustee's *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Successor's Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

  10. During the period covered by this Application, Trustee has spent 14.10 hours rendering services on behalf of this Estate with a value of $3,091.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $695.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

  11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $3,036.90 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $17,868.95 | <u>$1,786.90</u> |
| Total allowable compensation | $ 3,036.90 |

3

12. Based upon the caliber of the services rendered by Trustee, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $3,036.90. This amount represents reasonable compensation for the services rendered by Trustee and is below the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a full distribution to timely filed general unsecured claims. Trustee anticipates that there will be a surplus of funds returned to the Debtor.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Jamie L. Little, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $3,036.90 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from February 6, 2015 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated:  July 15, 2015           Elizabeth C. Berg, as trustee of the estate of
                                Jamie L. Little, debtor

                                By: _____/s/ Elizabeth C. Berg, as Trustee___
                                         Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**                    **Jamie L. Little, Debtor**
                                                       **Case No. 14-30378**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

July 17, 2015
Invoice No:   02621

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

In Reference to:   *Little - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/06/2015 | ECB | TC with K. Gaertner re need to re-open Jaime Little case (.2) Review docket and schedules re same (.1) Email to UST (.1) Confer with staff re prep of motion (.1) | 0.50 $325.00/hr | $162.50 |
| 2/10/2015 | JMM | Review case docket and notes from TC w/ Gaertner (.2), Draft Motion to Reopen Chapter 7 Case (.1.1), Draft Proposed Order (.1) | 1.40 $175.00/hr | $245.00 |
| 2/12/2015 | ECB | Review and revise Motion and Proposed Order to Reopen Case and Appoint Trustee | 0.40 $325.00/hr | $130.00 |
| 2/26/2015 | ECB | Review and process re-appointment (.1) Investigate inheritance received within 180 post petition period (.4) place call to Debtor's attorney re next steps (.1) | 0.60 $325.00/hr | $195.00 |
| 2/27/2015 | ECB | TC to K. Gaertner, debtor's attorney, re amount of inheritance and total claims; File Report of Initial Assets. | 0.30 $325.00/hr | $97.50 |
| 3/19/2015 | JMM | Obtain EIN from IRS (.1), Open new bank account in TCMS (.1), Deposit check into TCMS (.1), Prepare FedEx Label and trip to FedEx to send check to Associated Bank (.2) | 0.50 $175.00/hr | $87.50 |

**Baldi Berg, Ltd** 7/17/2015

Little - Trustee Matters Page 2

| Date | Init | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/09/2015 | ECB | Open and approve 3-15 bank statement | 0.10 $325.00/hr | $32.50 |
| 4/09/2015 | JMM | Process March 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 5/12/2015 | ECB | Open and approve April 2015 bank statement | 0.10 $325.00/hr | $32.50 |
| 5/13/2015 | JMM | Process April 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 6/08/2015 | ECB | Open and approve May 2015 bank statement | 0.10 $325.00/hr | $32.50 |
| 6/09/2015 | JMM | Process May 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/hr | $37.00 |
| 6/22/2015 | JMM | Import claims into TCMS, review and approve (.9), Review bills in preparation of TFR (.3) | 1.20 $175.00/hr | $210.00 |
| 7/13/2015 | ECB | Confer with JMM re case closing and prep of TFR | 0.10 $325.00/hr | $32.50 |
| 7/13/2015 | ECB | Open and approve June 2015 Bank Statements | 0.10 $325.00/hr | $32.50 |
| 7/13/2015 | JMM | Process June 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/hr | $37.00 |
| 7/14/2015 | JMM | Review case file for information needed to prepare TFR and related documents (.5); Update TCMS with information needed to prepare TFR and NFR (.3) | 0.80 $185.00/hr | $148.00 |
| 7/14/2015 | JMM | Draft Trustee Fee Application (1.3); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (1.0) and NFR (.5); | 3.10 $185.00/hr | $573.50 |

**Baldi Berg, Ltd**

Little - Trustee Matters

7/17/2015

Page 3

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 7/16/2015 | ECB | Review TFR, NFR and Trustee's Fee Application in anticipation of submitting to UST | 1.20 $325.00/hr | $390.00 |
| 7/17/2015 | ECB | Review surplus report for UST (.1) Confer with JMM re final numbers (.1) | 0.20 $325.00/hr | $65.00 |
| 7/17/2015 | JMM | Review Proposed Distribution and confirm interest payments to creditors (.2), Prepare surplus report for submission to Office of UST (.7), TC w/ database vender re: surplus distributions and procedures on surplus cases (.4), Confer w/ TR re: final numbers on case (.2), Revise claims, TR Fee App and TFR (.9), Draft email to UST re: submission of UST Final Report (.2) | 2.60 $185.00/hr | $481.00 |

|  |  |
|---|---|
| Total Fees | $3,091.50 |
| Total New Charges | $3,091.50 |
| Previous Balance | $0.00 |
| Balance Due | $3,091.50 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 3.70 | $325.00 |
| Jason M Manola | 3.50 | $175.00 |
| Jason M Manola | 6.90 | $185.00 |

14.10

**Trustee's Final Fee Application**    **Jamie L. Little, Debtor**
                                        **Case No. 14-30378**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Jamie L. Little, | ) | Case No. 14-30378 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on July 17th, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**