# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
LITTLE, JAMIE L. § Case No. 14-30378
§
　　　　Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　United States Bankruptcy Court
　　　　　　　　219 S. Dearborn Street
　　　　　　　　7th Floor
　　　　　　　　Chicago   IL   60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
　　　　　　　　10:30 a.m.
　　　　　　　　on September 4, 2015
　　　　　　　　in Courtroom 240 of the Kane County Courthouse
　　　　　　　　100 South 3rd Street, Geneva, Illinois

　　If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　　　By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
LITTLE, JAMIE L.                    §     Case No. 14-30378
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 197.21 |
| leaving a balance on hand of[1] | $ | 39,802.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 3,036.90 | $ 0.00 | $ 3,036.90 |
| Charges: United States Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses        $        3,296.90
Remaining Balance                                             $       36,505.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,354.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kristufek and Assoc. | $ 5,518.42 | $ 0.00 | $ 5,518.42 |
| 000002 | DuPage Animal Hospital | $ 966.00 | $ 0.00 | $ 966.00 |
| 000003 | Mark A Gapinski MD SC | $ 321.84 | $ 0.00 | $ 321.84 |
| 000004 | Illinois State Police Federal Credit | $ 12,548.54 | $ 0.00 | $ 12,548.54 |

Total to be paid to timely general unsecured creditors   $ 19,354.80

Remaining Balance   $ 17,151.09

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 20.04 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 17,131.05 .

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 14-30378-DRC
Jamie L. Little                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: ccabrales          Page 1 of 1              Date Rcvd: Aug 14, 2015
                             Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2015.
```
db          +Jamie L. Little,    2022 Farmington Lakes,    Unit #9,    Oswego, IL 60543-8082
22296370     Ann/Robt. H. Lurie Children's Hosp,    Pediatric Faculty Foundation Inc,    P.O. Box 4051,
              Carol Stream, IL 60197-4051
22296371    +Central DuPage Hospital,    25 N. Winfield Dr.,    Winfield, IL 60190-1295
22296372     Central DuPage Hospital,    P.O. Box 4090,    Carol Stream, IL 60197-4090
22296373    +Chase Visa,    P.O. Box 15153,    Wilmington, DE 19886-5153
22296374    +DuPage Animal Hospital,    377 E. North Av.,    Villa Park, IL 60181-1224
23328918    +Emmet A. Fairfield,    Illinois State Police Federal Credit Uno,
              Attn: Rebecca J. Delich, Sr. Vice Presid,    730 Engineering Avenue,
              Springfield, IL 62703-5908
22296376     Fifth Third Bank Mastercard,    38 Fountain Square Plaza,    Cincinnati, OH 45274-0789
22296377    +Ford Motor Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
22296378    +Kristufek and Assoc.,    1121 Warren Av. Ste. #210,    Downers Grove, IL 60515-3572
22296379     Lurie Childrens Hospital Chicago,    P.O. Box 4066,    Carol Stream, IL 60197-4066
23326378     Mark A Gapinski MD SC,    25 N Winfield Road Suite 511,    Winfield IL 60190
22296380    +Mark D.Gapinski MD SC,    P.O. Box 2607,    Glen Ellyn, IL 60138-2607
22296381    +Marquette Management,    Farmington Lakes. Apartments,    2000 Farmington Lakes Dr.,
              Oswego, IL 60543-8071
22296382     Ronald W. Goers DDS PC,    6700 Route 83,    Darien, IL 60561-3972
22296383     Visa- ISPFCU,    P.O. Box 660493,    Dallas, TX 75266-0493
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22296369    +E-mail/Text: bankruptcynotice@1fbusa.com Aug 15 2015 00:06:18     1st Financial Bank Visa,
              P.O. Box 1200,    North Sioux City, SD 57049-1200
22296375     E-mail/Text: bankruptcy@edward.org Aug 15 2015 00:07:03     Edward Hospital,    P.O. Box 4207,
              Carol Stream, IL 60197-4207
23328919    +E-mail/Text: loans@ispfcu.org Aug 15 2015 00:06:05
              Illinois State Police Federal Credit Union,    Attn: Rebecca J. Delich,
              730 Engineering Avenue,    Springfield, IL 62703-5908
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2015 at the address(es) listed below:
```
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Kent A Gaertner    on behalf of Debtor Jamie L. Little kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 5
```