UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                          §
                                                §
                                                §
LITTLE, JAMIE L.                                §        Case No. 14-30378
                                                §
                                                §
          Debtor(s)                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 92,219.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 19,374.84     Claims Discharged
                                                Without Payment: 10,737.00

Total Expenses of Administration: 3,494.11

---

   3) Total gross receipts of $ 40,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 17,131.05  (see **Exhibit 2**), yielded net receipts of $ 22,868.95  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 32,035.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,494.11 | 3,494.11 | 3,494.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,812.00 | 19,354.80 | 19,354.80 | 19,374.84 |
| **TOTAL DISBURSEMENTS** | $ 61,847.00 | $ 22,848.91 | $ 22,848.91 | $ 22,868.95 |

    4)  This case was originally filed under chapter 7 on  08/19/2014 .  The case was pending for 13 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/24/2015                          By:/s/Elizabeth C. Berg, Trustee
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Debtors' Mother's Estate | 1229-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMIE L. LITTLE | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 17,131.05 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 17,131.05** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit P.O. Box 790093 Saint Louis, MO 63179 | | 32,035.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 32,035.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 3,036.90 | 3,036.90 | 3,036.90 |
| Associated Bank | 2600-000 | NA | 197.21 | 197.21 | 197.21 |
| US BANKRUPTCY COURT, NDIL | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,494.11 | $ 3,494.11 | $ 3,494.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Financial Bank Visa P.O. Box 1200 North Sioux City, SD 57049 | | 0.00 | NA | NA | 0.00 |
| | Ann/Robt. H. Lurie Children's Hosp Pediatric Faculty Foundation Inc P.O. Box 4051 Carol Stream, IL 60197-4051 | | 196.00 | NA | NA | 0.00 |
| | Central DuPage Hospital 25 N. Winfield Dr. Winfield, IL 60190 | | 986.00 | NA | NA | 0.00 |
| | Chase Visa P.O. Box 15153 Wilmington, DE 19886 | | 8,219.00 | NA | NA | 0.00 |
| | Edward Hospital P.O. Box 4207 Carol Stream, IL 60197-4207 | | 185.00 | NA | NA | 0.00 |
| | Fifth Third Bank Mastercard 38 Fountain Square Plaza Cincinnati, OH 45274-0789 | | 0.00 | NA | NA | 0.00 |
| | Lurie Childrens Hospital Chicago P.O. Box 4066 Carol Stream, IL 60197-4066 | | 1,020.00 | NA | NA | 0.00 |
| | Ronald W. Goers DDS PC 6700 Route 83 Darien, IL 60561-3972 | | 131.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DUPAGE ANIMAL HOSPITAL | 7100-000 | 966.00 | 966.00 | 966.00 | 966.00 |
| 000004 | ILLINOIS STATE POLICE FEDERAL CREDI | 7100-000 | 12,268.00 | 12,548.54 | 12,548.54 | 12,548.54 |
| 000001 | KRISTUFEK AND ASSOC. | 7100-000 | 5,519.00 | 5,518.42 | 5,518.42 | 5,518.42 |
| 000003 | MARK A GAPINSKI MD SC | 7100-000 | 322.00 | 321.84 | 321.84 | 321.84 |
|  | DUPAGE ANIMAL HOSPITAL | 7990-000 | NA | NA | NA | 1.00 |
|  | ILLINOIS STATE POLICE FEDERAL CREDI | 7990-000 | NA | NA | NA | 12.98 |
|  | KRISTUFEK AND ASSOC. | 7990-000 | NA | NA | NA | 5.72 |
|  | MARK A GAPINSKI MD SC | 7990-000 | NA | NA | NA | 0.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $ 29,812.00 | $ 19,354.80 | $ 19,354.80 | $ 19,374.84 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-30378 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | LITTLE, JAMIE L. | | | Date Filed (f) or Converted (c): | 08/19/14 (f) |
| | | | | 341(a) Meeting Date: | 09/15/14 |
| For Period Ending: | 09/24/15 | | | Claims Bar Date: | 06/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank checking account ending in #497 | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| Two bedroom sets, dressers, dining set, TVs 50" and 32", couch, chairs, lamps end tables coffee table, desk, computer/printer, kitchen utensils | | | | | |
| 4. Books/Art/Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| Prints of no significant value | | | | | |
| 5. Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| Apparel for Debtor and daughter | | | | | |
| 6. Furs and Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| Costume jewelry | | | | | |
| 7. Lincoln Investment 403b Plan | 4,249.00 | 0.00 | | 0.00 | FA |
| 8. Ill. Teacher Retirement System Pension Plan | 40,760.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles | 21,250.00 | 0.00 | | 0.00 | FA |
| 2014 Ford Fusion with 700 miles | | | | | |
| 10. Inheritance from Debtors' Mother's Estate (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $70,309.00       $40,000.00       $40,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 12, 2015: Trustee conducted the 341 Meeting on September 15, 2014 and soon thereafter filed a No Asset Report in

the case. Sometime in the beginning of February 2015, Trustee was contacted by the Debtor's Attorney and was advised

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 14-30378   DRC   Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: LITTLE, JAMIE L. | Date Filed (f) or Converted (c): 08/19/14 (f) |
| | 341(a) Meeting Date: 09/15/14 |
| | Claims Bar Date: 06/02/15 |

that the Debtor had recently received an inheritance from her Mother's Estate. Debtor turned over the funds received from the inheritance and Trustee deposited the funds in the estate bank account. Trustee prepared her Final Report and Fee Applications and made final distribution in early september 2015.

Initial Projected Date of Final Report (TFR): 08/15/15     Current Projected Date of Final Report (TFR): 08/15/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-30378 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LITTLE, JAMIE L. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6427 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8945 | | |
| For Period Ending: | 09/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/15 | 10 | CHASE - CASHIER'S CHECK<br>Remitter: Jamie L. Little | INHERITANCE - MOTHER'S ESTATE | 1229-000 | 40,000.00 | | 40,000.00 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.01 | 39,976.99 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 57.51 | 39,919.48 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 59.35 | 39,860.13 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 57.34 | 39,802.79 |
| 09/08/15 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 3,036.90 | 36,765.89 |
| 09/08/15 | 001002 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 36,505.89 |
| 09/08/15 | 001003 | Kristufek and Assoc.<br>1121 Warren Av. Ste. #210<br>Downers Grove, IL 60515 | Claim 000001, Payment 100.10% | | | 5,524.14 | 30,981.75 |
| | | | Claim        5,518.42 | 7100-000 | | | |
| | | | Interest        5.72 | 7990-000 | | | |
| 09/08/15 | 001004 | DuPage Animal Hospital<br>377 E. North Av.<br>Villa Park, IL 60181 | Claim 000002, Payment 100.10% | | | 967.00 | 30,014.75 |
| | | | Claim          966.00 | 7100-000 | | | |
| | | | Interest        1.00 | 7990-000 | | | |
| 09/08/15 | 001005 | Mark A Gapinski MD SC<br>25 N Winfield Road Suite 511<br>Winfield IL 60190 | Claim 000003, Payment 100.11% | | | 322.18 | 29,692.57 |
| | | | Claim          321.84 | 7100-000 | | | |

Page Subtotals        40,000.00        10,307.43

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-30378 -DRC |
| Case Name: | LITTLE, JAMIE L. |
| Taxpayer ID No: | *******8945 |
| For Period Ending: | 09/24/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6427  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/15 | 001006 | Illinois State Police Federal Credit Union<br>Attn: Rebecca J. Delich<br>730 Engineering Avenue<br>Springfield, IL 62703 | Interest   0.34<br>Claim 000004, Payment 100.10%<br><br><br>Claim   12,548.54<br>Interest   12.98 | 7990-000<br><br><br><br>7100-000<br>7990-000 | | 12,561.52 | 17,131.05 |
| 09/08/15 | 001007 | JAMIE L. LITTLE<br>2022 FARMINGTON LAKES<br>UNIT #9<br>OSWEGO, IL  60543 | Surplus Funds | 8200-002 | | 17,131.05 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 40,000.00 | 40,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 40,000.00 | |
| Less:  Payments to Debtors | | 17,131.05 | |
| Net | 40,000.00 | 22,868.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6427 | 40,000.00 | 22,868.95 | 0.00 |
| | 40,000.00 | 22,868.95 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     29,692.57

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*